(119 So. 697)
J. D. BARFIELD v. C. A. BARTLETT.
(5 Div. 12.)

Supreme Court of Alabama.   Jan. 17, 1929.

Hooton & Moon, of Roanoke, for the petition.

D. T. Ware, of Roanoke, opposed.

PER CURIAM.   Petition of J. D. Barfield for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Barfield v. Bartlett, 119 So. 696.

Writ denied, on authority of Postal Tel. Co. v. Minderhout, 195 Ala. 420, 71 So. 91; Ex parte Harris Transfer, etc., Co., 214 Ala. 6,

106 Ala. 223; Campbell v. State, 216 Ala. 295, 112 So. 902.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.